# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROBERT JACOB HOOPES | ) | 3:25-mj-00212 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 14, 2025,   in the county of   Multnomah   in the _____ District of   Oregon   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a), (b) | Aggravated Assault of a Federal Officer with a Dangerous Weapon |
| 18 U.S.C. § 1361 | Depredation of Federal Property in Excess of $1,000 |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent _____, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

(By telephone)
_____
Complainant's signature

_____, Special Agent, FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  4:00 pm  a.m./p.m.

Date: July 24, 2025

*Youlee Yim You*
_____
Judge's signature

City and state:   Portland, Oregon    Honorable Youlee Yim You, U.S. Magistrate Judge
_____
Printed name and title

| | | |
|---|---|---|
| STATE OF OREGON | ) | |
| | ) ss. | AFFIDAVIT OF ▓▓▓▓▓ |
| County of Multnomah | ) | |

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, ▓▓▓▓▓▓▓ being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.  I am a Special Agent with the Federal Bureau of Investigation and have been since July 2023. I am currently assigned to the Domestic Violent Incident Crimes Unit. My training and experience include the investigation of a multitude of unlawful activities including the use of interstate communications in the furtherance of criminal activities, fugitive investigations, crimes against children, and other violent crimes. Before working for the FBI, I spent over four years working in local law enforcement and corrections for a county sheriff's office in Montana. My training and experience also include legal matters related to Fourth Amendment searches, the drafting of criminal complaints, and the investigation of violent federal crimes.

2.  I submit this affidavit in support of a criminal complaint and arrest warrant charging **ROBERT JACOB HOOPES** with aggravated assault of a federal officer with a dangerous weapon resulting in bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and damaging federal property in excess of $1000 in violation of Title 18, United States Code, Section 1361. As set forth below, I have probable cause to believe that ROBERT JACOB HOOPES committed both of those offenses.

3.  The facts set forth in this affidavit are based on the following: my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of

**Affidavit of** ▓▓▓▓▓▓ **Page 1**

records related to this investigation; communication with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint and arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4.  Title 18, United States Code, Section 111(a)(1) makes it a federal offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while that person is engaged in or on account of the performance of official duties. The statute incorporates the common-law definition of assault as (1) "a willful attempt to inflict injury upon the person of another," or (2) "a threat to inflict injury upon the person of another which, when coupled with an apparent present ability, causes a reasonable apprehension of immediate bodily harm." *United States v. Dat Quoc Do*, 994 F.3d 1096, 1100 (9th Cir. 2021). Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties. Under § 111(a) simple assault is a misdemeanor punishable by up to one year of imprisonment, but where the assaultive acts involve physical contact with the victim, the offense is a felony. Under § 111(b), an assault using a deadly or dangerous weapon or one that results in bodily injury is a felony punishable by imprisonment for up to 20 years.

5.  Title 18, United States Code 1361 makes it a federal offense to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the

**Affidavit of** ▉▉▉▉▉▉▉▉▉                                                                                      **Page 2**

United States, or any department or agency thereof, or to attempt to do so. That offense is a felony if the damage or attempted damage to such property exceeds $1,000.

### Statement of Probable Cause

6. Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) field office located at 4310 S Macadam Avenue in Portland, Oregon. During daylight hours, some of the protestors have harassed both ICE clients and employees by following them with cameras and making threatening statements, including statements that protestors know where the target lives and that protestors will find the target of the harassment. After nightfall, protestors generally become more aggressive and oftentimes violent, damaging personal and government property, assaulting or attempting to assault federal officers and employees, trying to force entry into the building, committing acts of arson, attempting to use lasers to blind and harm law enforcement officers, and throwing items at federal law enforcement officers working at the building. The violence toward officers has also included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

7. On June 14, 2025, United States Customs and Border Protection tactical officers (BORTAC) and ICE Enforcement and Removal Officers (EROs), as part of their official duties, were stationed within the ICE building, to maintain the safety and security of the building from the violent protesters outside. The building is equipped with video surveillance cameras that monitor activities outside the building. While federal law enforcement officers were within the building, numerous individuals attempted to breach the front door of the facility. One of these individuals, Subject 1 (S1) pictured below, threw multiple rocks towards the door. Subjects,

including S1, also attempted to barricade the front doors from the outside to prevent officers from opening the door.



*S1 pictured with rocks thrown at door*

8. S1 wore a long-sleeved black shirt with the sleeves rolled up, a black or charcoal gray glove on one hand, black pants, and a full-face gas mask or respirator with bright pink filter cups. I have watched hours of video footage from violent protests at the ICE facility on differing days. A number of protestors wore gas masks of differing types, but full-face masks with bright pink filter cups were far less common than other types of gas masks I saw.

9. I enlarged the images of S1 captured by surveillance cameras on a computer screen, and noted a tattoo on S1's left forearm, although I could not make out the tattoo's specific design. I also noted what appeared to be some sort of bracelet on S1's left wrist. I saw no tattoo on S1's right forearm. I could also see a grid pattern visible on S1's long-sleeved shirt. S1 also had some sort of blue cloth protruding from his right back pant pocket.

10. As officers opened the door attempting to clear obstructions from the doorway, S1 approached the door and threw a rock into the opening, striking an ICE ERO officer in the face

**Affidavit of** ▮▮▮▮▮▮▮▮▮ **Page 4**

from close range causing significant injury. The injured ERO officer is identified herein as "Adult Victim 1," or "AV1." Photos of S1 throwing the rock at AV1, and the injury to AV1's face, appear below. AV1's face has been obscured to protect AV1's personal security, as ICE personnel have been the victims of "doxxing" and online harassment.



*S1 throwing rock and injury to officer*

11.     I have spoken with AV1. AV1 was on duty and stationed inside the ICE building on June 14, 2025, along with other ICE EROs and ICE Office of Field Operations Special Response Team (SRT) officers. The officers were tasked with maintaining the safety and security of the ICE building. All of them, including AV1, are officers or employees of the United States within the meaning of 18 U.S.C. § 1114.

12.     AV1 told me that at approximately 5:40 PM, he was attempting to remove an obstruction from the doorway of the ICE building. When AV1 opened the door, he observed S1 throw a rock around the open door, which struck AV1 in the head. AV1 realized he was injured when he saw blood on the inside of his gas mask and removed himself from the doorway. AV1

received medical attention from other officers on scene and had an approximately 2-inch gash on his right eyebrow.  AV1 said the wound bled profusely, to the point of obstructing his vision.  AV1 received first-aid treatment from teammates, including glue, adhesive sutures, and bandages to hold the wound closed.  The first attempt to close the wound failed.  AV1 needed additional medical attention.

13. As the assault occurred, AV1 was able to clearly see S1, and described him as a male wearing a dark colored long sleeve shirt with the sleeves rolled up, black pants, and wearing a full-face respirator that had pink filter covers.

14. Shortly after the assault, S1 was observed with two as-yet unidentified people carrying a stop-sign toward the front door of the ICE building.  S1 led the individuals with the stop-sign, using the metal pole of the sign as a makeshift battering ram, striking the front door to the ICE facility four times.  The three individuals worked in concert, but it appeared that S1 was leading the charge.  The metal pole striking the door caused significant structural damage to the door, requiring replacement by the United States government.  An official quote to replace the door was requested from the General Services Administration.  The replacement cost totaled $7,747.72.



*Photos of S1 and Others Using Stop Sign as a Battering-Ram*

15.　　On June 20, 2025, AV1 provided a link to a news article that had been posted on OregonLive.com at approximately 6:48 pm on June 14, 2025, shortly after the events described above. The news article included a photo depicting several people, including S1, attending to a demonstrator who was apparently injured. S1 is depicted wearing a black long-sleeved shirt with a gray or beige grid pattern, and has a black or charcoal gray glove on his right hand. He has a full-face respirator with pink filter covers on top of his head. S1's face is visible. The photo also depicts a distinctive tattoo of leaves on S1's left forearm, and a distinctive silver bracelet on S1's left wrist. There is no tattoo visible on S1's right forearm. AV1 positively identified S1 in the photo as the individual who had thrown the rock that struck AV1.

**Affidavit of** ▮▮▮▮▮▮　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 7**



*Photo from OregonLive Article (cropped to focus on S1)*

16.     The OregonLive photo was used during a demonstration of a commercially available facial recognition software for the United States Attorney's Office. The facial recognition software provided 30 possible comparison photos that were culled from various public databases. FBI Portland reviewed the comparison photos and found one, from a Reed College Smugmug photo-sharing page called "Canyon Day April '23," which depicts a male, similar in build and appearance to S1, with a tattoo on his left forearm identical to the tattoo visible in the OregonLive photo. No tattoo is visible on the man's right forearm.

**Affidavit of** █████████                                                                                       **Page 8**

 

*S1 Photo from Reed College "Canyon Day '23" Photo Collection, and Cropped Image of Tattoo*

17. An Instagram account, @illdowhatican, was also provided by the software. A review of that profile revealed the name "Jacob Hoopes," with the biographical information "Reed CS 2023." The account was private, so no media could be observed besides a profile picture displaying a male with long hair, wearing a green t-shirt with "REED" on the front.

18. I contacted the Reed College Director of Community Safety, who provided college alumni information for Jacob Hoopes. His full name is ROBERT JACOB HOOPES, with a listed address of 6121 NE 16th Ave, Portland, OR 97211, and a telephone number of XXX-XXX-2450. Publicly available information on the Reed College website revealed that ROBERT JACOB HOOPES graduated from Reed College in 2023 with a degree in computer science.

19. Oregon Department of Motor Vehicle records revealed that an Oregon driver's license was issued to ROBERT JACOB HOOPES, date of birth XX/XX/2000, at the above address on April 24, 2025. I did a spot-check at HOOPES's listed address, and saw him outside of the residence on the front porch. Looking through a set of binoculars, I saw the distinctive tattoo of leaves on HOOPES's left forearm, as well as the distinctive silver bracelet on his left wrist. I saw no tattoo on HOOPES's right forearm.

20. Surveillance was then conducted at the residence on July 10, 2025. Agents present for the surveillance took the following photo of ROBERT JACOB HOOPES, which reveals the identical forearm tattoo and distinctive silver bracelet. No tattoo is visible on HOOPES's right forearm.



**Request for Sealing**

21.    I respectfully request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the investigating is ongoing, HOOPES has not yet been contacted by law enforcement and is likely unaware he is under investigation, and any disclosure of the information at this time may may endanger the physical safety of an individual, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize the investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

**Conclusion**

22.    Based on the foregoing, I have probable cause to believe that ROBERT JACOB HOOPES committed the offense of aggravated assault of a federal officer, in violation of Title 18, United States Code, Section 111(a)(1) and (b), by using a rock as a dangerous weapon to cause bodily injury to AV1. I also have probable cause to believe that ROBERT JACOB HOOPES committed the federal offense of damaging federal property in an amount exceeding $1,000, in violation of Title 18, United States Code, Section 1361. I therefore request that the Court issue a criminal complaint and arrest warrant charging ROBERT JACOB HOOPES with those two offenses.

/ / /

/ / /

/ / /

**Affidavit of** ██████████                                                 **Page 11**

23.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) ▮▮▮▮. AUSA ▮▮▮ advised me that in his opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint.

*(By telephone)* _____
▮▮▮▮▮▮
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:00 pm a.m./p.m. on July 24, 2025.

*Youlee Yim You*
_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge